**MEMO ENDORSED**



305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Brian D. Linder
Partner
linder@clayro.com

January 31, 2019

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    United States v. Anilesh Ahuja, et al.
                  18 Cr. 328 (KPF)

Dear Judge Failla:

      We represent defendant Amin Majidi in the above-referenced matter. At Mr. Majidi's initial appearance, Magistrate Judge Cott ordered Mr. Majidi's release pursuant to a $2 million bail bond secured by his residence. At that time, Mr. Majidi's residence included surrounding property of approximately five acres. The purpose of this application is to seek approval from the Court permitting Mr. Majidi and his wife to sell two acres of this property. Mr. Majidi's bail would remain secured by his residence and the remaining property.

      We have been advised by the Government that they have no objection to this request.

Sincerely,

Brian D. Linder

```
Application GRANTED.



Dated:  January 31, 2019
        New York, New York
```

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE