

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



July 25, 2019

<u>BY ECF</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:  ***United States v. Amin Majidi,***
> **18 Cr. 328 (KPF)**

Dear Judge Failla:

The Government respectfully writes in connection with the above-captioned case to request that the control date for the sentencing of Amin Majidi, which is currently set for August 2, 2019, be adjourned for approximately six months. Majidi consents to this request. The sentencing dates for the defendants who proceeded to trial in this case are now scheduled for November 18 and 25, 2019. In the event that the Court grants this request, Government proposes to write to the Court three months in advance of the next control date for Majidi's sentencing to advise whether that date can serve as a firm sentencing date or whether the Government is requesting an adjournment of that date.

Respectfully submitted,

AUDREY STRAUSS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

_____/s/_____
Andrea M. Griswold
Joshua A. Naftalis
Max Nicholas
Assistant United States Attorneys
(212) 637-1205/2247/1565

Application GRANTED.  Mr. Majidi's sentencing, previously scheduled for August 2, 2019, is hereby ADJOURNED to **January 29, 2020, at 3:00 p.m.,** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  The Government shall submit a status update letter advising whether this is a firm sentencing date on or before **October 29, 2019.**


Dated: July 26, 2019                    SO ORDERED.
       New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE