

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2019

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:      *United States v. Amin Majidi,*
                   **18 Cr. 328 (KPF)**

Dear Judge Failla:

      The Government respectfully writes concerning the sentencing date for Amin Majidi in the above-captioned case. There is currently a control date of January 29, 2020 for Majidi's sentencing. On July 26, 2019, the Court directed the Government to provide notice on or before October 29 whether the Government sought to proceed to sentencing on January 29 or whether instead the Government would seek an adjournment of sentencing. At this time the Government respectfully requests that the control date of January 29, 2020 be adjourned for approximately three months, and that the Government be permitted to notify the Court 90 days prior to the new control date whether the Government seeks to proceed to sentencing on the new date or whether the Government seeks another adjournment of Majidi's sentencing.

                                  Respectfully submitted,

                                    AUDREY STRAUSS
                                    Attorney for the United States
                                    Acting Under Authority Conferred by
                                    28 U.S.C. § 515

                                    __/s/_____
                                    Andrea M. Griswold
                                    Joshua A. Naftalis
                                    Max Nicholas
                                    Assistant United States Attorneys
                                    (212) 637-1205/2247/1565