

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

January 21, 2020

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:     *United States v. Amin Majidi,*
                  **18 Cr. 328 (KPF)**

Dear Judge Failla:

      The Government respectfully writes concerning the sentencing date for Amin Majidi in the above-captioned case. There is currently a control date of April 29, 2020 for Majidi's sentencing, and the Government committed to writing the Court by January 29, 2020 as to whether it intended to keep the April 29 date as a firm sentencing date or to seek an adjournment of sentencing. At this time the Government respectfully requests that the control date of April 29, 2020 be adjourned for approximately 45 days, and that the Government be permitted to notify the Court by February 28, 2020 whether the Government seeks to proceed to sentencing on the new date or whether the Government seeks another adjournment of Majidi's sentencing.

      Respectfully submitted,

      AUDREY STRAUSS
      Attorney for the United States
      Acting Under Authority Conferred by
      28 U.S.C. § 515

        /s/
      Andrea M. Griswold
      Joshua A. Naftalis
      Max Nicholas
      Assistant United States Attorneys
      (212) 637-1205/2247/1565

Application GRANTED IN PART.  Sentencing is now scheduled for **June 16, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse in 40 Foley Square, New York, NY.  The Court will not grant further requests to adjourn the sentencing absent a valid reason for further adjournment.  The Court will order the preparation of a Presentence Investigation Report.

Dated: January 21, 2020
      New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE