

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2020

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re:**    *U.S. v. Amin Majidi*, 18 Cr. 328 (KPF)

Dear Judge Failla:

     The Government respectfully writes to request that the current sentencing date for defendant Amin Majidi, which is June 16, 2020, be adjourned for approximately 60 days, and that the Government be permitted to file an update with the Court by no later than April 18, 2020 as to whether it is prepared to proceed to sentencing or whether it will seek leave for an additional adjournment.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                                 Attorney for the United States
                                 Acting under Authority Conferred by
                                 28 U.S.C. § 515

                                 _____/s_____
                                 Andrea M. Griswold
                                 Joshua A. Naftalis
                                 Max Nicholas
                                 Assistant United States Attorneys
                                 (212) 637-1205/2247/1565

Application GRANTED.  The sentencing for defendant Amin
Majidi, previously scheduled for June 16, 2020, is hereby
ADJOURNED to **August 18, 2020, at 3:00 p.m.** in Courtroom 618
of the Thurgood Marshall Courthouse, 40 Foley Square, New
York, NY.  The Government should notify the Court, on or
before **April 18, 2020,** as to whether it is prepared to
proceed to sentencing or whether it will seek leave for an
additional adjournment.


Dated: February 18, 2020          SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE