

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2020

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Amin Majidi,*
              **18 Cr. 328 (KPF)**

Dear Judge Failla:

    The Government respectfully writes to request that the date for Amin Majidi's sentencing, which is currently scheduled for October 6, 2020, be adjourned for approximately 120 days and that a control date be put in place for February 2020 or another time convenient for the Court. This request is made in order to defer the sentencing until after the completion of the post-trial litigation currently pending in this Court. Counsel for Mr. Majidi consents to this request.

                                        Respectfully submitted,

                                        AUDREY STRAUSS
                                        Attorney for the United States
                                        Acting Under Authority Conferred by
                                        28 U.S.C. § 515

                                         /s/
                                        Andrea M. Griswold
                                        Joshua A. Naftalis
                                        Max Nicholas
                                        Assistant United States Attorneys
                                        (212) 637-1205/2247/1565