

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

**MEMO ENDORSED**

December 23, 2020

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

             Re:    United States v. Amin Majidi
                     18 Cr. 328 (KPF)

Dear Judge Failla:

        We represent Amin Majidi in the above-referenced matter. We write to request that the date for Mr. Majidi's sentencing, currently scheduled for February 10, 2021, be adjourned for approximately 90 days. We make this request in order to allow Mr. Majidi's sentencing and the presentence submissions to occur after the resolution of the post-trial litigation pending before this Court. The government consents to this request.

                                                               Respectfully,

                                                           Brian D. Linder
                                                          Seth L. Rosenberg

cc:    Max Nicholas
       Andrea Griswold
       Joshua Naftalis
         Assistant U.S. Attorneys

Application GRANTED.  Mr. Majidi's sentencing is hereby ADJOURNED to **May 12, 2021, at 3:00 p.m.**

Dated:  January 6, 2021
        New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE