

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255



March 24, 2021

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    United States v. Amin Majidi
       18 Cr. 328 (KPF)

Dear Judge Failla:

We represent Amin Majidi in the above-referenced matter.  We write to request that the date for Mr. Majidi's sentencing, currently scheduled for May 12, 2021, be adjourned for approximately 60 days.  We make this request once again in order to allow Mr. Majidi's sentencing and the presentence submissions to occur after the resolution of the post-trial litigation pending before this Court.   The government consents to this request.

Respectfully,

Brian D. Linder
Seth L. Rosenberg

cc:    Andrea Griswold
       Joshua Naftalis
        Assistant U.S. Attorneys

Application GRANTED.  Mr. Majidi's sentencing is ADJOURNED to
**July 22, 2021, at 3:00 p.m.**


Dated:   March 24, 2021                    SO ORDERED.
         New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE