

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

**MEMO ENDORSED**

June 7, 2021

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

           Re:    United States v. Amin Majidi
                    18 Cr. 328 (KPF)

Dear Judge Failla:

      We represent Amin Majidi in the above-referenced matter. We write to request that the date for Mr. Majidi's sentencing, currently scheduled for July 22, 2021, be adjourned for approximately 60 days to a date in late September. We make this request once again in order to allow Mr. Majidi's sentencing and the presentence submissions to occur after the resolution of the post-trial litigation pending before this Court. The government consents to this request.

                                                  Respectfully,

                                                  Brian D. Linder
                                                  Seth L. Rosenberg

cc:    Andrea Griswold
       Joshua Naftalis
         Assistant U.S. Attorneys

Mr. Majidi's sentencing, currently scheduled for July 22, 2021, is ADJOURNED to **October 6, 2021, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

Dated:  June 7, 2021
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE