

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

September 9, 2021

**MEMO ENDORSED**

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    United States v. Amin Majidi
                        18 Cr. 328 (KPF)

Dear Judge Failla:

      We represent Amin Majidi in the above-referenced matter. We write to request that the date for Mr. Majidi's sentencing, currently scheduled for October 6, 2021, be adjourned for approximately 30 days to a date in early November. We make this request once again in order to allow Mr. Majidi's sentencing and the presentence submissions to occur after the resolution of the post-trial litigation pending before this Court. The government consents to this request.

                                                      Respectfully,

                                                      Brian D. Linder
                                                      Seth L. Rosenberg

cc:    Andrea Griswold
       Joshua Naftalis
         Assistant U.S. Attorneys

The Court is in receipt of Defendant's above request for an adjournment of his sentencing.  For the reasons cited in Defendant's letter, the Court believes that a longer adjournment is appropriate in this matter.  Accordingly, the October 6, 2021 sentencing is hereby ADJOURNED to **January 25, 2022, at 3:00 p.m.**

Dated: September 17, 2021
       New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE