

305 Madison Avenue<br>
New York, NY 10165<br>
T: 212-922-1080<br>
F: 212-949-8255<br>
<br>
Brian D. Linder<br>
Partner<br>
linder@clayro.com

January 4, 2022

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: United States v. Amin Majidi
         18 Cr. 328 (KPF)

Dear Judge Failla:

  We represent Amin Majidi in the above-referenced matter. In light of the Court's recent ruling granting the trial defendants' motion for a new trial, and with the consent of the government, we write to request that the date for Mr. Majidi's sentencing currently scheduled for January 25, 2022 be adjourned for approximately six months. The government and Mr. Majidi make this request in order to allow Mr. Majidi's sentencing to occur after his obligations pursuant to his cooperation agreement with the government have concluded.

               Respectfully,

               Brian D. Linder
               Seth L. Rosenberg

cc: Andrea Griswold
   Joshua Naftalis
    Assistant U.S. Attorneys