

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Brian D. Linder
Partner
linder@clayro.com

January 4, 2022

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:    United States v. Amin Majidi
       18 Cr. 328 (KPF)

Dear Judge Failla:

      We represent Amin Majidi in the above-referenced matter. In light of the Court's recent ruling granting the trial defendants' motion for a new trial, and with the consent of the government, we write to request that the date for Mr. Majidi's sentencing currently scheduled for January 25, 2022 be adjourned for approximately six months. The government and Mr. Majidi make this request in order to allow Mr. Majidi's sentencing to occur after his obligations pursuant to his cooperation agreement with the government have concluded.

      Respectfully,

Brian D. Linder
Seth L. Rosenberg

cc:   Andrea Griswold
      Joshua Naftalis
        Assistant U.S. Attorneys

Application GRANTED.  Mr. Majidi's sentencing is hereby ADJOURNED to **July 27, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 463.

Dated:    January 5, 2022           SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE