# Clayman Rosenberg Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Brian D. Linder
Partner
linder@clayro.com

March 14, 2022

BY EMAIL

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

        Re:    United States v. Amin Majidi
                  18 Cr. 328 (KPF)

Dear Judge Failla:

      We represent Amin Majidi in the above-referenced matter. We write to request permission for Mr. Majidi to travel to Munich, Germany for 3 days next week. As Your Honor may recall, Mr. Majidi is self-employed and is in the business of buying and selling vintage watches. Mr. Majidi is seeking to travel to Munich so that he can meet with and finalize transactions with 2 individuals. The government and Mr. Majidi's pretrial services officer have no objection to this request.

      With the Court's permission, Mr. Majidi will retrieve his passport from pretrial services solely for purposes of this trip and provide his pretrial services officer and the government with his itinerary prior to his departure.

      We appreciate the Court's consideration of this matter.

                                                 Respectfully,

                                                 Brian D. Linder
                                                 Seth L. Rosenberg

cc:     (By email)
        Andrea Griswold
          Assistant U.S. Attorney
        Jessica Killian
          U.S. Pretrial Services Officer

Application GRANTED.

Dated: March 15, 2022
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE