UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>AMIN MAJIDI,<br><br>Defendant. | 18 Cr. 328 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Pretrial Services Office for the Southern District of New York is hereby directed to return Defendant Amin Majidi's passport to him or his counsel.

    SO ORDERED.

Dated: August 4, 2022
        New York, New York

*[signature]*

KATHERINE POLK FAILLA
United States District Judge